## UNITED STATES COURT

UNITED STATES OF AMERICA,
    Petitioner

V.                                              Case#2020hc2085

DUANE LETROY BERRY,
    Respondent

### NOTICE OF INEFFECTIVE COUNSEL

The Respondent has not had contact or communication with Counsel Joseph Craven in almost a year after repeated attempts.

Dated: 02-28-2023                                                      /s/ Duane Letroy Berry