FILED
MAR 16 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES COURT

UNITED STATES OF AMERICA,
Petitioner/ Appellee

v

USCA#23-6205
USCD# 5:20-hc-02085-m

DUANE LETROY BERRY,
Respondent/appellant

## MOTION TO STAY

This motion is to stay all proceeding in the District Court pending the 4th Circuit appeal decision.

The District Court record is incorrect and the District Court lacks jurisdiction in proceeding and orders as they are moot. See attached Dkt#87, Dkt#88 and FRAP #8 AND #10.

Dated 03-8-2023

/s/ Duane L. Berry