
FILED
APR 28 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## UNITED STATES COURT

UNITED STATES OF AMERICA,
    Plaintiff/Appellee

V.

Original Case#2:2015cr20743
USDC Case#5:2020hc2085
USCA Case#0:2023other6205
USCA Case#0:2023other6213

DUANE LETROY BERRY,
    Defendant/ Appellant

## MOTION FOR SUBSITITION OF COUNSEL

    The Federal Pubic Defender Office can not represent the Defendant due to a conflict of interest. They are in unlawful retention of SEIZED FEDERAL SECURITIES containing sensitive CLASSIFIED documents under arrest by the U.S. Marshals.

    Whereas, the Department of Justice must now represent the Defendant and his evidence SEIZIED FEDERAL SECURITIES which was sent to a Public Defender in criminal violation of 18 USC 793(e). See Dkt.#32 attached.

Dated: 4-25-2023            /s/ DUANE LETROY BERRY