

UNITED STATES COURT

UNITED STATES OF AMERICA,
    Petitioner

V.                                                 Case#5:2020-hc-02085

DUANE LETROY BERRY,
    Respondent

## NOTICE OF APPEAL

The Respondent appeals Dkt#132 ORDER on 06-20-2023.

Dated: 06-22-2023                                         /S/ Duane Letroy Berry