FILED: August 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6457
(5:20-hc-02085-M)

_____

UNITED STATES OF AMERICA

    Petitioner - Appellee

v.

DUANE LETROY BERRY

    Respondent - Appellant

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk